IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                                        No. CR S-02-0091 KJM

    vs.

JUAN ESPINOZA-MENDIOLA,

      Defendants.                                    <u>ORDER</u>

_____/

        This matter came on for hearing September 29, 2005, on a petition for violation of supervised release. Michael Beckwith, Assistant U.S. Attorney, appeared for the government. Linda Harter and Ned Smock, Assistant Federal Defenders, appeared for the defendant. On the government's motion, the petition was dismissed. This order confirms the dismissal.

DATED: October 4, 2005.

                                                             UNITED STATES MAGISTRATE JUDGE

1